DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARGARET A. DONAHUE,**
Appellant,

v.

**STEPHEN A. DONAHUE,**
Appellee.

No. 4D18-3039

[March 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. FMCE08-001553.

Kerry Loomis of the Law Office of Loomis & Loomis, P.A., Boca Raton, for appellant.

Deborah Bianchi Tracht of Deborah Bianchi Tracht, P.A. Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***